# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS
# (Topeka Docket)

**UNITED STATES OF AMERICA**

        **Plaintiff,**

  v.

**ERIC NEWMAN,**

        **Defendant.**

Case No. 18- 40076-HLT

## SEALED INDICTMENT

The Grand Jury charges:

## GENERAL ALLEGATIONS

1. On or about January 19, 2018, defendant ERIC NEWMAN was travelling on board the Carnival Elation, a foreign vessel registered in Panama.

2. On or about January 19, 2018, the Carnival Elation was on a voyage with both a scheduled departure from and arrival in Jacksonville, Florida, United States of America.

3. ERIC NEWMAN is a United States national as defined in Title 8, United States Code, Sections 1101(a)(22) and 1408.

4. Tamara Tucker was a United States national as defined in Title 8, United States Code, Sections 1101(a)(22) and 1408.

5. The conduct alleged in this Indictment occurred outside the jurisdiction of any particular State or District and within the venue of the United States District Court for the

District of Kansas, in that the last known U.S. residence of the defendant, ERIC NEWMAN, is in Topeka, Kansas, as provided by Title 18, United States Code, Section 3238.

## COUNT 1

### (Murder in the Second Degree)

6. The General Allegations set forth in Paragraphs 1 through 5 of this Indictment are re-alleged and expressly incorporated herein as if set out in full.

7. On or about January 19, 2018, during a voyage on board the Carnival Elation, a place within the special maritime territorial jurisdiction of the United States, the defendant ERIC NEWMAN, with malice aforethought, did unlawfully kill Tamara Tucker, in violation of Title 18, United States Code, Sections 1111(a) and 7(8).

A TRUE BILL.

Dated: September 5, 2018

s/Foreperson_____
FOREPERSON

STEPHEN R. MCALLISTER
United States Attorney
District of Kansas

BRIAN A. BENCZKOWSKI
Assistant Attorney General
Criminal Division, U.S. Dept. of Justice

_____
By: Christine E. Kenney #13542
Assistant United States Attorney
(785) 295-2854
444 S.E. Quincy, Suite 290
Topeka, Kansas 66683

_____
By: Rami S. Badawy
Trial Attorney
(202) 616-5631
1301 New York Ave., N.W., Suite 257
Washington, D.C. 20530

(It is requested that trial of the above captioned case be held in Topeka, Kansas.)