IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,
           Plaintiff,

     vs.                    No. 18-40076-HLT

ERIC NEWMAN,
           Defendant,

## MOTION TO UNSEAL INDICTMENT

     The United States of America, by and through Stephen R. McAllister, United States Attorney for the District of Kansas, and Christine E. Kenney, Assistant United States Attorney for said District, hereby moves the court for an order to unseal the indictment in the above-captioned matter.

     Wherefore, it is respectfully requested that the Indictment herein be unsealed. Dated this 6th day of September, 2018.

Respectfully submitted,

STEPHEN R. McALLISTER
United States Attorney

s/ Christine E. Kenney
Christine E. Kenney, # 13542
Assistant U.S. Attorney
444 S.E. Quincy, Suite 290
Topeka, KS 66683
(785) 295-2850
Christine.kenney@usdoj.gov