# UNITED STATES DISTRICT COURT
for the

District of Kansas

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case Nos.   18-cr-40076-HLT-01 |
| ERIC NEWMAN | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Eric Newman                                                                                                                                          .

Date:    09/07/2018

s/ Andrew J. McGowan
*Attorney's signature*

Andrew J. McGowan, #16216
*Printed name and bar number*

Federal Public Defender's Office
117 SW 6th Ave, Suite 200
Topeka, KS 66603
*Address*

Andrew_McGowan@fd.org
*E-mail address*

(785) 232-9828
*Telephone number*

(785) 232-9886
*FAX number*