**CLERK'S COURTROOM MINUTE SHEET – CRIMINAL**

**PRETRIAL PROCEEDINGS**

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | | Christine Kenney and Rami Badawy, | |
| Plaintiff, | | | |
| v. | | Case No: | 18-40076-HLT |
| ERIC NEWMAN, | | Andy McGowan, AFPD | |
| Defendants. | | | |

| JUDGE: | Judge Walters | DATE: | 9/6/2018 |
|---|---|---|---|
| CLERK: | Sheryl Gilchrist | TAPE/REPORTER: | FTR Network @ 11:28 AM |
| INTERPRETER: | | PROBATION: | Corey Kirk |

## PROCEEDINGS

☒Initial Rule 5/Rule 5(c)(3) – 5 min.  ☐Initial Revocation Hearing – min.   ☐Bond Hearing – min.
☐Detention Hearing – waived   ☐Preliminary Hearing – min.   ☐Bond Revocation Hearing – min.
☒Arraignment – 1 min.   ☐Pretrial Conference
☒Discovery Conference – 1 min.

☒Charges and penalties explained to defendant   ☒Defendant sworn/examined re: financial status
☒Counsel appointed

☒Constitutional Rights Explained
☒Felony   ☐Misdemeanor
☐Declines to Waive Indictment   ☐Will be presented to next Grand Jury
☐Signed Waiver of Indictment   ☐Information filed Click here to enter text.
☐Advised of Rights Under Rule _____
☐Signed Consent to Transfer _____

☒ Waived Reading of:   ☐ Read to Defendant:
  ☒ Indictment
  ☐ Information
  ☒ Number of Counts:   1
☐Guilty   ☒Not Guilty
☐Bail Revoked
☐Bail Fixed at: $_____
☐Release Order executed ☐Continued on Present Bail
☒Remanded to Custody

☒Case Management Order will be issued by Magistrate Judge Walters
☒Scheduling and Status Conference:   10/30/18 @ 9:30 AM before Judge Teeter
☒Defendant's next appearance: Detention hearing 9/12/18 @ 2:30 PM before Magistrate Judge Walters

☒OTHER:  Defendant appears in person in custody and the court appoints the Federal Public Defender to represent the defendant. Government moves to amend the indictment so that defendant's name reads: "Eric Duane Newman" – motion GRANTED.  Defendant pleads not guilty to the charge in the indictment. Government moves for pretrial detention.  Detention hearing set for 9/12/18 at 2:30 PM before Magistrate Judge Walters.  The court finds that the period of delay resulting from the granting of the continuance for a detention hearing shall be excludable time pursuant to 18 U.S.C. § 3161(h)(8) in that the ends of justice outweigh the best interest of the defendant and the public in a speedy trial. Defendant remanded to custody.