

# United States District Court

DISTRICT OF _____ Kansas

UNITED STATES OF AMERICA

v.

ERIC NEWMAN

## WARRANT FOR ARREST

CASE NUMBER: 18- 40076-HLT

**FILED**

SEP 10 2018

Clerk, U.S. District Court
By:_____ Deputy Clerk

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ ERIC  NEWMAN
                                                    Name

and bring him or her forwith to the nearest magistrate judge to answer a(n)
SEALED

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice

charging him or her   (brief description of offense)

Ct. 1 - 18 U.S.C. § 1111(a)        Murder in the Second Degree

2018 SEP -5  PM 4: 36
TOPEKA, KS
UNITED STATES MARSHAL RECEIVED

in violation of _____ 18 _____ United States Code, Section(s) _____ 1111(a) _____

TIMOTHY M. O'BRIEN

Name of Issuing Officer

Clerk of Court

Title of Issuing Officer

s/M. Barnes, Deputy Clerk

Signature of Issuing Officer

September 5, 2018        at Topeka, Kansas

Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant   ERIC NEWMAN |

| DATE RECEIVED 9/6/2013 | NAME AND TITLE OF ARRESTING OFFIi  IAN KNUDTHIZEN , SPECIAL AGENT FBI | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 9/6/2013 | | |