CLERK'S COURTROOM MINUTE SHEET – **CRIMINAL**

**PRETRIAL PROCEEDINGS - Topeka**

| | |
|---|---|
| UNITED STATES OF AMERICA, | AUSAs: Christine Kenney/Rami Badawy |
| Plaintiff, | |
| v. | Case No: 18-40076-01-JAR |
| ERIC DUANE NEWMAN, | Deft Attys: Tom Bartee/Richard Federico |
| Defendant. | |

| JUDGE: | Julie A. Robinson | DATE: | 12/19/2019 |
|---|---|---|---|
| CLERK: | Bonnie Wiest | TAPE/REPORTER: | Kelli Stewart |
| INTERPRETER: | | PROBATION: | |

**PROCEEDINGS – CHANGE OF PLEA HEARING**

☐Arraignment & Plea ☐Waiver of Indictment ☒Felony
☒Change of Plea ☐Appearance ☐Misdemeanor

☐ Interpreter ☐Sworn ☐Previously Sworn

☒Constitutional Rights Explained
☐Declines to Waive Indictment ☐Will be presented to next Grand Jury
☐Signed Waiver of Indictment ☐Information filed
☐Signed Consent to Transfer (Rule 20)

☒ Waived Reading of: ☐ Read to Defendant:
  ☒ Indictment
  ☐ Information
  ☒ Number of Counts: 1

☒ Petition to Enter Plea Filed ☒ Plea Agreement Attached

  ☒ Previous Plea of
    ☐ Guilty ☒ Not Guilty Counts: 1 withdrawn

  ☒ Plea of GUILTY as to Counts 1 Accepted

  ☐ Plea of NOT GUILTY as to Counts

☒Judgment Deferred ☒PSI Ordered ☒ Sentencing set for: March 18, 2020 at 10:00 a.m.
  Sentencing memoranda are not required. If the parties choose to file them, the deadline for filing a memorandum shall be March 4, 2020. Any response memorandum shall be filed by March 11, 2020.
☒Continued on Present Bail ☐Remanded to Custody
☐Counts to be dismissed on Motion of the US at sentencing:
☒OTHER: The Court accepts the 11(c)(1)(C) Plea agreement but defers acceptance of the plea agreement itself until the time of sentencing. For reasons set out more specifically on the record, the Court finds that the rebuttable presumption has been met in favor of allowing Mr. Newman to continue on with his current conditions of release without modification pending sentencing on March 18, 2020.